UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECISION SCIENCES RESEARCH ASSOCIATES, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>THE AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation, and DOES 1-25, inclusive,<br><br>  Defendants. | Case No. 2:19-cv-00861-R-(JCx)<br><br>**JUDGMENT** |

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant THE AMERICAN AUTOMOBILE ASSOCIATION, INC. is hereby awarded final judgment on the claims asserted by Plaintiff DECISION SCIENCES RESEARCH ASSOCIATES, INC. in this action.

IT IS SO ORDERED.

Dated: November 22, 2019

_____
HON. R. GARY KLAUSNER
United States District Judge